the case, the effect of *res judicata* as to all stockholders, the court could require appropriate notice to be given to all stockholders with opportunity to intervene and carry on the prosecution of the action before granting the discontinuance to the particular plaintiffs. (See Rules of Civ. Prac., rule 301, subd. 2.) Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ. [17 Misc 2d 828.]

■ GERTRUDE VAN AALTEN et al., Respondents, v. WALTER S. MACK et al., Defendants and MATTHEW M. FOX et al., Appellants.— Motion to punish for contempt unanimously granted and the three individuals proceeded against are jointly fined $250 plus $750 for costs and expenses. Settle order on notice. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SIGMUND ROTHCHILD, Appellant.— Judgment unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and McNally, JJ.

■ JEROME H. KENT, Respondent, v. CHARLES H. TRUMAN et al., Individually and as Copartners Doing Business under the Name of TRUMAN, WASSERMAN & Co., Appellants.— Order denying defendants' motion to dismiss the complaint for legal insufficiency unanimously reversed on the law, and, in the exercise of discretion, with leave to serve an amended complaint, with costs to defendants-appellants. The complaint is insufficient. While a refined and attenuated analysis might arguably spell out a shadow of a cause of action, neither the defendants nor the trial court should be subject to the difficulties. Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.

■ QUEEN INSURANCE COMPANY OF AMERICA, Appellant, v. MIRIAM WIENER et al., Respondents.— Order and judgment unanimously affirmed, with costs to the respondents. No opinion. Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.

■ NATIONAL SURETY CORPORATION, Appellant, v. DAVID WIENER et al., Respondents.— Order and judgment unanimously affirmed, with costs to the respondents. No opinion. Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.

■ QUEEN INSURANCE COMPANY OF AMERICA, Appellant, v. MIRIAM WIENER et al., Respondents.— Order of March 18, 1959, unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.

■ NATIONAL SURETY CORPORATION, Appellant, v. DAVID WIENER et al., Respondents.— Order of March 27, 1959, unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.

■ ALICE KEANY, as Administratrix of the Estate of PATRICK KEANY, Deceased, Appellant, v. JOSEPH POLLACK, Respondent.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Botein, P. J., M. M. Frank, Valente, McNally and Stevens, JJ.

■ OSAWA & COMPANY (USA), INC., Respondent, v. RELIABLE PHOTO PRODUCTS CORP., Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. Concur — Botein, P. J., M. M. Frank, Valente, McNally and Stevens, JJ.

■ APPOLLO STATIONERY CO., INC., Appellant, v. FRANK PILMAR et al., Respondents.— Judgment unanimously affirmed, with costs to the respondents. No opinion. Concur — Botein, P. J., M. M. Frank, Valente, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JESSE C. BANKS, Appellant.— Judgment unanimously affirmed. No opinion. Concur — Botein, P. J., M. M. Frank, Valente, McNally and Stevens, JJ.